# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**TERRI M. DEPRINZIO, and
TAYR KILAAB AL GHASHIYAH,**

Plaintiffs,

vs.

**TARA DANIEL, DARLINE WOZNIAK,
SAXONY MANOR LLC,
JANE DOE, SUSAN CARR,
TAMMY MILLAGER,
UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,
WISCONSIN HOUSING AND ECOMONIC
DEVELOPMENT AUTHORITY, and
OFFICE OF FAIR HOUSING AND EQUAL OPPORTUNITY,**

Defendants.

---

## NOTICE OF REMOVAL

---

Defendant Wisconsin Housing and Economic Development Authority ("WHEDA"), through its attorneys, pursuant to 28 U.S.C. §§ 1331, 1441(c), and 1446 hereby remove this cause of action from the State of Wisconsin Kenosha County Circuit Court to the United States District Court, Eastern District of Wisconsin. In support, WHEDA states the following:

1. This action was originally filed by Plaintiffs Terri Deprinzio and Tayr Kilaab al Ghashiyah on March 10, 2026 in the State of Wisconsin Kenosha County Circuit Court as Case No. 2026CV000289. Pursuant to 28 U.S.C. § 1446(a), a copy of Plaintiffs' Summons and Civil Complaint With a Jury Demand is attached as **Exhibit A**, Order on Petition for Waiver of Fees and Costs relative to Plaintiff Tayr Kilaab al Ghashiyah as **Exhibit B**, Order on Petition for Waiver of Fees and Costs relative to Plaintiff Terri Deprinzio as **Exhibit C**, all filed proofs of

service of process as **Exhibit D**, and Conference Order and Notice of Scheduling Conference as **Exhibit E**.

2. Personal service was made upon WHEDA on March 25, 2026.

3. All Defendants served consent to the removal of this matter to the United States District Court for the Eastern District of Wisconsin.[1] Upon information and belief, the United States Department of Housing and Urban Development and its Office of Fair Housing and Equal Opportunity have not been properly served.

4. This is a civil action in which Plaintiffs have asserted claims under the First Amendment, the Fourteenth Amendment, and a *Monell* claim under 42 U.S.C. Sec. 1983. The United States District Court has original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States pursuant to 28 U.S.C. § 1331.

5. This case may be removed from the State of Wisconsin Kenosha County Circuit Court to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. § 1441(c).

6. The United States District Court has supplemental jurisdiction over Plaintiffs' related state law claims pursuant to 28 U.S.C. § 1367(a).

7. The acts complained of by the Plaintiffs would have occurred in Kenosha County, Wisconsin.

8. The time for filing this notice of removal has not expired pursuant to 28 U.S.C. § 1446(b) in that thirty (30) days from March 25, 2026, the earliest date on which WHEDA was personally served with process, is April 24, 2026.

9. WHEDA states that this is the only matter currently pending between the parties in the state court that will require resolution. WHEDA has not been served with and is not aware

---

[1] Defendants reserve their respective rights to object to the sufficiency of any service of process.

of any other process, pleadings, and/or orders in the action pending in the State of Wisconsin Kenosha County Circuit Court.

10.     This Notice of Removal is being served upon Plaintiffs, who are appearing *pro se*, by mail and is being filed with the clerk of the State of Wisconsin Kenosha County Circuit Court pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE**, WHEDA gives notice that this action now pending against them in the Wisconsin Circuit Court for Kenosha County is removed from the Circuit Court to the United States District Court for the Eastern District of Wisconsin.

Dated this 24th day of April, 2026

**MWH LAW GROUP LLP**

By:  s/ *Emery Harlan*
Emery K. Harlan
WI State Bar No. 1000240
Anthony Jackson
WI State Bar No. 1090574
735 N. Water Street, Suite 610
Milwaukee, WI 53202
(414) 436-0353 Phone
(414) 436-0354 Facsimile
emery.harlan@mwhlawgroup.com
anthony.jackson@mwhlawgroup.com

**COUNSEL FOR DEFENDANT
WISCONSIN HOUSING AND ECONOMIC
DEVELOPMENT AUTHORITY**

**CERTIFICATE OF SERVICE**

I certify that on April 24, 2026 I mailed a copy of this document to each Plaintiff addressed as follows:

Terri M. Deprinzio
1868 22th Avenue, Apt. # 1113
Kenosha, WI 53140

3

Tayr Kilaab al Ghashiyah
1868 22th Avenue, Apt. # 1113
Kenosha, WI 53140

*s/ Katie Dienberg*
Katie Dienberg, Legal Assistant